UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
JUAN ORTEGA, Individually, and On Behalf : Case No.: 1:21-cv-10294-RA
of All Others Similarly Situated,                   :
                                                                      :
                                                                      :
                              Plaintiff,              :
     vs.                                                          :
                                                                      : **NOTICE OF VOLUNTARY DISMISSAL**
                                                                      :
WORLDPANTRY.COM, INC.,               :
                                                                      :
                              Defendant.           :
                                                                      :
_____ x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Juan Ortega hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Worldpantry.com, Inc.

DATED:  September 19, 2022          **MIZRAHI KROUB LLP**

                                                                /s/ Edward Y. Kroub
                                                            _____
                                                                 EDWARD Y. KROUB

                                                            EDWARD Y. KROUB
                                                            JARRETT S. CHARO
                                                            WILLIAM J. DOWNES
                                                            200 Vesey Street, 24th Floor
                                                            New York, NY  10281
                                                            Telephone:  212/595-6200
                                                            212/595-9700 (fax)
                                                            ekroub@mizrahikroub.com
                                                            jcharo@mizrahikroub.com
                                                            wdownes@mizrahikroub.com

                                                            *Attorneys for Plaintiff*

SO ORDERED.

_____
Hon. Ronnie Abrams
09/20/2022